DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Michael Masters | ) | |
| | ) | CASE NO. 5:07 CV 1826 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM OPINION AND |
| Supplemental Executive Retirement Plan for | ) | ORDER |
| Automated Packaging Systems, Inc., *et al.*, | ) | (Resolving Doc. 30) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 29 U.S.C. § 1132(g)(1), plaintiff seeks by application an award of attorney fees in this ERISA case in which the plaintiff prevailed. *See* Doc. 30.  Defendants opposed plaintiff's application for attorney fees and costs.  Doc. 32.

Plaintiff's application seeks $106,637.50 in fees associated with the original administrative phase of the case during which the plaintiff's claim was denied.  While it seems to the Court to be counterintuitive, *Anderson v. Procter & Gamble,* 220 F.3d 449 (6th Cir. 2000), makes it clear that a party cannot recover costs or attorney fees associated with a pre-litigation ERISA administrative proceeding.

Plaintiff also seeks an award of $58,893 in litigation phase fees and $4,136.12 in litigation phase costs.  Defendants contend that the Court should deny the application after applying the test set forth in *Secretary of the Department of Labor v. King* 775 F.2d 666 (6th Cir. 1985), or at best, make an award of only 19.74% of the requested amount of attorney fees because of the limited success plaintiff achieved in this action.  *See* Defendants' Brief in Opposition, Doc. 32, p. 11 of 25, fn 2.

(5:07 CV 1826)

The Court agrees with the defendants' analysis after applying the teachings of *King*.

Accordingly, the Court awards plaintiff attorney fees in the amount of $11,625.40 and costs in

amount of $4,136.12, for a total sum of $15,761.52.  Defendants are ordered to pay plaintiff the

sum of $15,761.52 within thirty (30) days of this Memorandum Opinion and Order.

IT IS SO ORDERED.


 May 1, 2009                          *S/ David D. Dowd, Jr.*          
Date                                   David D. Dowd, Jr.
                                      U.S. District Judge

2